# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

United States District Court
Southern District of Texas
FILED

FEB 16 2021

Nathan Ochsner, Clerk

| | |
|---|---|
| United States of America<br>v.<br>Victor Hugo Gazca-Hernandez;<br>YOB: 1986 (MEX)<br><br>*Defendant(s)* | )<br>)<br>)  Case No. **7:21mj365-1**<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __February 15, 2021__ in the county of __Starr__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 841<br>21 USC 846 | Conspiracy to Possess with the Intent to Distribute and Possession with the Intent to Distribute Marijuana, approximately 338 kilograms, a schedule I controlled substance. |

This criminal complaint is based on these facts:

(See Attachment I).

Submitted by reliable electronic means, sworn to and attested to telephonically per Fed.R.Cr.P.4.1. and probable cause:

☑ Continued on the attached sheet.

Approved by AUSA Patricia Profit

/S/ Christopher Donahue
*Complainant's signature*

Christopher Donahue, DEA Special Agent
*Printed name and title*

Date: 2/16/2021 @ 8:00 PM

City and state: McAllen, Texas

J. Scott Hacker, U.S. Magistrate Judge
*Printed name and title*

# ATTACHMENT 1

1. On February 15, 2021, at approximately 8:45 a.m., a U.S. Border Patrol Agent (BPA) observed a black SUV travel towards the Rio Grande River, in the area known to agents as the Los Puertos Boat Ramp, in the La Casita community of Rio Grande City, Texas. The Los Puertos Boat Ramp area is frequently utilized by smugglers as a pick up location for narcotics that are illegally crossed into the U.S. Approximately two (2) to three (3) minutes later, the BPA observed the black SUV travel north from the river towards U.S. Expressway 83. Soon thereafter, responding BPAs observed a black SUV travelling north from the border and make an abrupt turn onto a dirt road. As BPAs attempted to make contact with the black SUV, the driver of the SUV abandoned the vehicle and absconded north through a thick brushy area.

2. After searching the nearby area for approximately fifteen (15) minutes, BPAs apprehended the SUV's driver after he was observed low crawling through the brush approximately 200 yards north of the black SUV. The SUV's driver was subsequently identified as Victor GAZCA-HERNANDEZ (hereafter, GAZCA).

3. BPAs subsequently located 17 bundles of suspected marijuana in the SUV that was abandoned by GAZCA. The bundles were processed at the Border Patrol Station, weighed approximately 338 kilograms, and contained suspected marijuana. A field test was conducted on a sample from one (1) of the bundles and tested positive for the characteristics and properties of marijuana.

4. On February 15, 2021, agents conducted a post-arrest Mirandized interview of GAZCA. During the interview, GAZCA admitted to participating in the smuggling attempt. GAZCA stated that on February 15, 2021, he illegally crossed into the U.S. GAZCA stated that upon crossing into U.S., he was instructed to enter the black SUV which was parked in the area of the Rio Grande River and drive the SUV to an unknown location. GAZCA stated that upon entering the black SUV, he observed several bundles in the SUV. GAZCA stated that while driving north from the border, he was on the phone with an unknown person who was giving him instructions. GAZCA stated that he was going to be paid an unknown amount of money to drive the SUV containing the bundles.